NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MURACO, | No. C 10-00842 JF (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| KIM JONES, Warden, | |
| Respondent. | |

Plaintiff, a state prisoner proceeding pro se, filed petition for writ of mandamus addressed to the Ninth Circuit Court of Appeals on February 26, 2010. It is apparent from Petitioner's subsequent correspondence that the petition was filed in this Court in error. (See Docket No. 3.) Accordingly, this case is TRANSFERRED to the Ninth Circuit Court of Appeals.

The Clerk shall administratively close the case and transfer the entire file to the Ninth Circuit.

IT IS SO ORDERED.

DATED: 4/13/10

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Muraco00842_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. MURACO,

        Petitioner,

  v.

KIM JONES, Warden,

        Respondent.

Case Number: CV10-00842 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/16/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William L. Muraco #42143
Hospital Drive N.#23
ICI-O C1
Orofino, ID 83544

Dated:  4/16/10

                                Richard W. Wieking, Clerk